UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHON THOMAS,<br><br>            Plaintiff,<br><br>      vs.<br><br>MICHELLE ROME, et al.,<br><br>            Defendants. | 1:16-cv-00192-DAD-GSA-PC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ENTERED ON SEPTEMBER 23, 2016<br>(ECF No. 11.)<br><br>THIRTY DAY DEADLINE TO PAY $400.00 FILING FEE OR SUBMIT NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ORDER FOR CLERK TO SEND PLAINTIFF:<br><br>   (1)  COPY OF FEBRUARY 17, 2016 ORDER (ECF No. 5), AND<br><br>   (2) A NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS |

On September 23, 2016, the Court entered findings and recommendations to dismiss this case for Plaintiff's failure to obey the Court's February 17, 2016 order which required him to pay the $400.00 filing fee for this action or submit an application to proceed in forma pauperis within forty-five days. (ECF No. 11.) On November 15, 2016, Plaintiff, Rayshon Thomas, filed objections to the findings and recommendations. (ECF No. 12.) Plaintiff also filed a notice of change of address. (ECF No. 14.) Plaintiff claims that he never received the

Court's February 17, 2016 order. Plaintiff asserts that he was incarcerated at Salinas Valley State Prison on February 17, 2016 and released from custody on February 18, 2016. Plaintiff now resides at a street address.

In light of Plaintiff's objections, the Court shall vacate the September 23, 2016 findings and recommendations. Within thirty days, Plaintiff is required to comply with the February 17, 2016 order by either paying the $400.00 filing fee for this action or submitting a completed non-prisoner application to proceed in forma pauperis. The Clerk shall be directed to send Plaintiff a copy of the February 17, 2016 order at his new address, together with a non-prisoner application to proceed in forma pauperis.

In light of the foregoing, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on September 23, 2016, are VACATED;

2. Within thirty days from the date of service of this order, Plaintiff is required to comply with the Court's February 17, 2016 order by either paying the $400.00 filing fee for this action or submitting a completed non-prisoner application to proceed in forma pauperis;

3. The Clerk is directed to send to Plaintiff:

    (1) A copy of the Court's February 17, 2016 order (ECF no. 5), and

    (2) A non-prisoner application to proceed in forma pauperis; and

4. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated: **November 16, 2016**         **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE