UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYSHON THOMAS,<br><br>     Plaintiff,<br><br>vs.<br><br>MANUEL PEREZ, et al.,<br><br>     Defendants. | 1:16-cv-00192-DAD-GSA-PC<br><br>**ORDER FOR PLAINTIFF TO SUBMIT A NEW, APPROPRIATELY COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS BEARING HIS NAME AND SIGNATURE, OR PAY THE $400.00 FILING FEE FOR THIS ACTION**<br><br>**TWENTY (20) DAY DEADLINE**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF A NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS** |

     Plaintiff is a former prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.

     On December 27, 2016, Plaintiff submitted an application to proceed in forma pauperis, pursuant to the court's order of November 17, 2016. (ECF No. 16.) The application is deficient. Plaintiff's name does not appear on the application. Instead of his name, Plaintiff has written "Libelant." (Id. at 1.) Moreover, under Plaintiff's signature at the end of the application, he has written "Sign to Verify Name and Not to Enter a Non-disclosed Contract." (Id. at 2.) Plaintiff is required to submit a new, appropriately completed application, bearing his name and signature, or pay the $400.00 filing fee for this action, within **twenty (20) days**.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within **twenty (20) days** of the date of service of this order, Plaintiff is required to either pay the $400.00 filing fee for this action or submit a new, appropriately completed non-prisoner application to proceed in forma pauperis, as instructed by this order;
2. The Clerk is directed to send Plaintiff a non-prisoner application to proceed in forma pauperis; and
3. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated:   **January 20, 2017**              **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE